# Weinberg, Gross & Pergament LLP
### ATTORNEYS AT LAW
Suite 403
400 Garden City Plaza
Garden City, New York 11530

Marc A. Pergament
*Partner*

Telephone: (516) 877-2424 Ext. 226
Facsimile: (516) 877-2460
Email: mpergament@wgplaw.com

August 5, 2008

Clerk
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

        Re:    Manuel N. Ortiz and Isidra L. Ortiz
                <u>Case No. 808-73238-735</u>

Dear Sir/Madam:

      This firm is counsel to the Trustee in the above-referenced case.

      The Trustee believes that there will be funds available for distribution to creditors and requests that you issue a notice to creditors to file claims.

                                      Sincerely,

                                      Marc A. Pergament

MAP:mm