# ROSICKI, ROSICKI & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
*Office: 51 East Bethpage Road*
*Plainview, New York 11803*
Telephone (516) 741-2585
Facsimile (516) 873-7243

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

August 28, 2008

BY FIRST CLASS MAIL AND
BY ELECTRONIC FILING

United States Bankruptcy Court
Eastern District of New York
Long Island Federal Courthouse
290 Federal Plaza
PO Box 9013
Central Islip, NY 11722

   Re: Debtor: Manuel N. Ortiz & Isidra L. Ortiz
      Bankruptcy Case # 08-73238 ast
      Chapter 7

Dear Sirs/Madam:

 Our office represents Bank of America, N.A., a secured creditor of the above referenced Debtor. Please be advised the Motion for Relief from the Automatic Stay scheduled for today, August 28, 2008 was held and has been adjourned, to September 25, 2008 at 10:30 a.m. as requested from the Court.

 Should you have any questions please feel free to contact the undersigned. Your assistance is greatly appreciated.

Very Truly Yours,
ROSICKI, ROSICKI & ASSOCIATES, PC

_____
Catherine Jones
Paralegal

CC: Manuel N. Ortiz, 41 Philips Road, Glen Cove, NY 11542
   Isidra L. Ortiz, 41 Philips Road, Glen Cove, NY 11542
   Robert J. Spence, Esq., 400 Garden City Plaza, Suite 450, Garden City, NY 11530
   Marc A. Pergament, Esq., 400 Garden City Plaza, Suite 403, Garden City, NY 11530